# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| **LOUIS CHARLES HAMILTON, II** § | |
| § | |
| **V.** § | Case No. **1:11-CV-5** |
| § | |
| **WILLIE M. ZANDERS,** *Attorney at Law*, § | |
| **WALTER A. DENNIS,** and § | |
| **ROSEMARY DENNIS** § | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a referral order entered on January 5, 2011. The court has received and considered the report of the United States magistrate judge, who recommends that the court dismiss this action *sua sponte* as malicious because it is repetitive of a currently pending suit. No objections have been filed.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

Final judgment will be entered separately.

So **ORDERED** and **SIGNED** this **15** day of **July, 2011.**

_____
Ron Clark, United States District Judge